# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Michael Knight,                                            Civil No. 07-3142 (RHK/AJB)

        Plaintiff,                                    **ORDER**

vs.

Colltech, Inc.,

        Defendant.

---

      The above-entitled action is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 8, 2007

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge